| | |
|---|---|
| 1 | MICHAEL J. SACKSTEDER (CSB No. 191605) |
|   | msacksteder@fenwick.com |
| 2 | DAVID D. SCHUMANN (CSB No. 22936) |
|   | dschumann@fenwick.com |
| 3 | LAUREN E. WHITTEMORE (CSB No. 255432) |
|   | lwhittemore@fenwick.com |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:     415.875.2300 |
| 6 | Facsimile:      415.281.1350 |

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| SYMANTEC CORPORATION, | Case No.: 3:14- 00238 RS |
| Plaintiff, | ORDER |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANTS RPOST INTERNATIONAL LIMITED AND RMAIL LIMITED** |
| RPOST HOLDINGS INC., RPOST COMMUNICATIONS LIMITED, RPOST INTERNATIONAL LIMITED and RMAIL LIMITED, | |
| Defendants. | |

WHEREAS Plaintiff Symantec Corporation filed a Complaint against Defendants RPost International Limited and RMail Limited on January 15, 2014 requesting declaratory judgment of invalidity and noninfringement of certain RPost patents (D.I. 1.);

WHEREAS Defendants RPost International Limited and RMail Limited were served March 29, 2014 (D.I. 23, 24.);

WHEREAS Plaintiff Symantec Corporation filed a First Amended Complaint against Defendants RPost International Limited and RMail Limited on April 7, 2014 alleging infringement of a Symantec patent and Defendants RPost International Limited and RMail Limited have not yet answered the First Amended Complaint (D.I. 27.);

WHEREAS counsel for Defendants RPost International Limited and RMail Limited represents that Defendants RPost International Limited and RMail Limited have no ownership interest in the RPost patents identified in the Complaint and do not make, use, sell, offer for sale, or import into the United States the accused products identified in Symantec's First Amended Complaint;

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Symantec Corporation and Defendants RPost International Limited and RMail Limited, stipulate that this action is hereby dismissed without prejudice as to those Defendants only, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: April 29, 2014                    FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
    Michael J. Sacksteder

Attorneys for Plaintiff
Symantec Corporation

Dated: April 29, 2014                    HUDNELL LAW GROUP

By: */s/ Lewis E. Hudnell, III*
    Lewis E. Hudnell, III

Attorneys for Defendants
RPost International Limited and RMail Limited

**Filer's Attestation**: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: April 24, 2014                    Respectfully submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed without prejudice as against Defendants RPost International Limited and RMail Limited pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 4/29/14

_____
Honorable Richard Seeborg
United States District Judge
Northern District of California