IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>          Plaintiff,<br>   v.<br><br>RPOST HOLDINGS INC. and RPOST COMMUNICATIONS LIMITED,<br><br>          Defendants.<br>_____/ | No. C 14-00238  RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 15, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   DISCOVERY.

The parties' stipulations concerning discovery of electronically stored information and limits on discovery set forth in the Joint Case Management Statement filed May 8, 2014 (Dkt. No. 41), are hereby incorporated by reference.  As agreed to by the parties, the case will be governed by the Federal Circuit's Model e-Discovery order.

   2.   DISCOVERY DISPUTES.

CASE MANAGEMENT SCHEDULING ORDER

1 Discovery disputes will be referred to a Magistrate Judge. After the parties have met and 2 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. 3 Up to 12 pages of attachments may be added. The joint letter must be electronically filed under 4 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery 5 Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of 6 how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal 7 briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, 8 all further discovery matters shall be filed pursuant to that Judge's procedures.

3. CLAIM CONSTRUCTION AND FURTHER SCHEDULING. A technology tutorial shall be held on **November 21, 2014 at 10:00 a.m.** A *Markman* hearing will be held on **December 5, 2014 at 10:00 a.m.** Both proceedings will be held in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

The case will proceed through claim construction as follows:

| Proposed Date | Event |
| --- | --- |
| May 6, 2014 | Last day for the parties to exchange their Rule 26(a)(1) Initial Disclosures |
| May 29, 2014 | Last day for Symantec to serve Infringement Contentions and comply with Patent L.R. 3-1 and 3-2 |
| June 23, 2014 | Last day for RPost Holdings and RPost Communications Limited to answer or otherwise respond to complaint |
| June 23, 2014 | Last day for RPost to serve Infringement Contentions and comply with Patent L.R. 3-1 and 3-2, if RPost asserts infringement |
| July 7, 2014 | Last day to amend pleadings as a matter of right |
| July 7, 2014 | Last day for Symantec to serve Invalidity Contentions and comply with Patent L.R. 3-3 and 3-4 |
| July 11, 2014 | Last day for RPost to serve Invalidity Contentions and comply with Patent L.R. 3-3 and 3-4 |
| July 25, 2014 | Last day for simultaneous exchange of proposed terms and claim elements for construction and comply with Patent L.R. 4-1 for all patents-in-suit |
| August 1, 2014 | Last day for the parties to meet and confer regarding the proposed terms for all patents-in-suit |
| August 15, 2014 | Last day for parties to exchange Proposed Claim Constructions |

CASE MANAGEMENT SCHEDULING ORDER

| | |
|---|---|
| | and provide preliminary identification of extrinsic evidence and comply with Patent L.R. 4-2 for all patents-in-suit |
| September 2, 2014 | Last day for parties to meet and confer regarding narrowing issues and finalizing preparation of Joint Claim Construction and Prehearing Statement for all patents-in-suit |
| September 9, 2014 | Last day for parties to file Joint Claim Construction and Pre-hearing Statement and comply with Patent L.R. 4-3 for all patents-in-suit |
| October 9, 2014 | Last day to take discovery relating to claim construction and comply with Patent L.R. 4-4 for all patents-in-suit |
| October 24, 2014 | Last day for Symantec to file opening claim construction brief and supporting evidence and comply with Patent L.R. 4-5(a) for '686 patent |
| October 24, 2014 | Last day for RPost to file opening claim construction brief and supporting evidence and comply with Patent L.R. 4-5(a) for RPost patents-in-suit |
| November 7, 2014 | Last day for Symantec to file response claim construction brief and supporting evidence and comply with Patent L.R. 4-5(b) for RPost patents-in-suit |
| November 7, 2014 | Last day for RPost to file response claim construction brief and supporting evidence and comply with Patent L.R. 4-5(b) for '686 patent |
| November 14, 2014 | Last day for Symantec to file reply claim construction brief and rebuttal evidence and comply with Patent L.R. 4-5(c) for '686 patent |
| November 14, 2014 | Last day for RPost to file reply claim construction brief and rebuttal evidence and comply with Patent L.R. 4-5(c) for RPost patents-in-suit |
| November 21, 2014 | Technology Tutorial for the Court and Claim Construction Prehearing Conference |
| December 5, 2014 | Claim Construction Hearing pursuant to Patent L.R. 4-6 |

IT IS SO ORDERED.

DATED:   May 15, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER