1

2

3                    IN THE UNITED STATES DISTRICT COURT

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    TREND MICRO INCORPORATED,                    No. C 13-5227 VC

7              Plaintiff,                          JUDICIAL REFERRAL
                                                   FOR PURPOSES OF
8         v.                                       DETERMINING
                                                   RELATIONSHIP OF
9    RPOST HOLDINGS, INC., et al.,                 CASES

10             Defendants.
                                        /
11   ═══════════════════════════════════
     SYMANTEC CORPORATION,                         No. C 14-0238 RS
12
               Plaintiff,
13
          v.
14
     RPOST HOLDINGS, INC., et al.,
15
               Defendants.
16                                      /
     ═══════════════════════════════════
17   MIS SCIENCES CORP,                            No. C 14-0376 CW

18             Plaintiff,

19        v.

20   RPOST COMMUNICATIONS LIMITED, et
     al.,
21
               Defendants.
22                                      /
     ═══════════════════════════════════
23

24        Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte,

25   refers the above referenced case to Judge Vince Chhabria to

26   consider whether they are related.  The parties may respond to

27

28

this referral in a brief submitted in accordance with the
requirements set forth in Civil Local Rule 7-11(b).

Dated: 6/4/2014

CLAUDIA WILKEN
United States District Judge