MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
DAVID D. SCHUMANN (CSB No. 22936)
dschumann@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiff
SYMANTEC CORPORATION

LEWIS EMERY HUDNELL, III
lewis@hudnelllaw.com
HUDNELL LAW GROUP P.C.
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (347) 855-4772
Facsimile: (347) 772-3034

Attorneys for Defendants
RPOST HOLDINGS, INC. AND
RPOST COMMUNICATIONS
LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

SYMANTEC CORPORATION,

Plaintiff,

v.

RPOST HOLDINGS INC. and RPOST COMMUNICATIONS LIMITED,

Defendants.

Case No.: 3:14- 00238 VC

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND SCHEDULE**
AS MODIFIED

Plaintiff Symantec Corporation and Defendants RPost Holdings Inc. and RPost Communications Limited (collectively "RPost") hereby stipulate and agree, subject to the Court's availability and approval, as follows:

WHEREAS, on June 11, 2014, this Court issued an order reassigning this case to Judge Chhabria and relating it to case no 13-cv-05227.

WHEREAS, the parties' prior scheduling order includes a claim construction briefing schedule prior to dispositive motions.

WHEREAS, this Court's June 3, 2014 Standing Order indicates that the Court will only conduct claim construction in conjunction with a dispositive motion.



FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, defendants RPost Holdings Inc. and RPost Communications Limited (collectively, "RPost") had not yet asserted infringement of U.S. Patent Nos. 8,504,628, 8,468,199, 8,209,389, 8,224,913 and 7,966,372 ("the RPost patents") at the time the parties provided the prior scheduling order to Judge Seeborg.

WHEREAS, RPost filed an answer on June 23, 2014 which asserts counterclaims of infringement of the RPost patents.

WHEREAS, the parties have conferred and RPost seeks to extend the time to serve infringement contentions by one week until June 30, 2014 while Symantec seeks to extend the time to serve invalidity contentions to the full 45 days permitted under the Patent Local Rules.

WHEREAS, the following proposed schedule generally follows the schedules set out in the Federal Rules of Civil Procedure, the Local Rules of this Court, the Patent Local Rules and this Court's standing orders. The parties have exchanged initial disclosures and RPost filed its answer to Symantec's First Amended Complaint on June 23, 2014.

WHEREFOR, the parties hereby stipulate to the following schedule, subject to the Court's availability and approval:

| Proposed Date | Current Date | Event |
|---|---|---|
| n/a | May 29, 2014 | Last day for Symantec to serve Infringement Contentions and comply with Patent L.R. 3-1 and 3-2 for U.S. Patent No. 6,442,686 ("'686 patent") |
| June 30, 2014 | June 23, 2014 | Last day for RPost to serve Infringement Contentions and comply with Patent L.R. 3-1 and 3-2 for U.S. Patent Nos. 8,504,628, 8,468,199, 8,209,389, 8,224,913 and 7,966,372 ("the RPost patents") |
| July 11, 2014 (45 days after Patent L.R. 3-1 and 3-2 disclosures) | July 11, 2014 | Last day for RPost to serve Invalidity Contentions and comply with Patent L.R. 3-3 and 3-4 for the '686 patent |
| August 14, 2014 (45 days after Patent L.R. 3-1 and 3-2 disclosures) | July 7, 2014 | Last day for Symantec to serve Invalidity Contentions and comply with Patent L.R. 3-3 and 3-4 for the RPost patents |

| | | |
|---|---|---|
| August 28, 2014 (14 days after Symantec's Patent L.R. 3-3 and 3-4 disclosures and 48 days after RPost's Patent L.R. 3-3 and 3-4 disclosures) | August 15, 2014 | Last day for simultaneous exchange of proposed terms and claim elements for construction and comply with Patent L.R. 4-1 for all patents |
| September 4, 2014 (7 days after Patent L.R. 4-1 disclosures) | August 1, 2014 | Last day for the parties to meet and confer regarding the proposed terms for all patents |
| September 18, 2014 (14 days after the deadline to meet and confer regarding proposed terms) | August 15, 2014 | Last day for parties to exchange Proposed Claim Constructions and provide preliminary identification of extrinsic evidence and comply with Patent L.R. 4-2 for all patents |
| September 25, 2014 (7 days after Patent L.R. 4-2 disclosures) | September 2, 2014 | Last day for parties to meet and confer regarding narrowing issues and finalizing preparation of Joint Claim Construction and Prehearing Statement for all patents |
| October 9, 2014, 2014 (14 days after parties meet and confer regarding narrowing issues and finalizing Joint Claim Construction and Prehearing Statement) | September 9, 2014 | Last day for parties to file Joint Claim Construction and Pre-hearing Statement and comply with Patent L.R. 4-3 for all patents |
| December 8, 2014 (60 days after Patent L.R. 4-3 Joint Claim Construction Chart) | October 9, 2014 | Last day to take discovery relating to claim construction and comply with Patent L.R. 4-4 for all patents |

| | | |
|---|---|---|
| January 7, 2015 (30 days after last day to take discovery relating to claim construction and comply with Patent L.R. 4-4) | n/a | Last day to identify expert witnesses for all patents |
| March 6, 2015 (58 days after last day to identify expert witnesses) | March 6, 2015 | Close of Fact Discovery for all patents (except for discovery under Patent L.R. 3-7) |
| April 15, 2015 (40 days after close of fact discovery) | n/a | Parties with the burden of proof designate expert witnesses (non-claim construction issues) and serve expert reports for all patents |
| May 15, 2015 (30 days after service of initial expert reports) | n/a | Parties designate rebuttal expert witnesses (non-claim construction issues) and serve rebuttal expert reports for all patents |
| June 15, 2015 (31 days after service of initial expert reports) | n/a | Close of Expert Discovery (except for discovery under Patent L.R. 3-6(a)) for all patents |
| July 15, 2015 (30 days after close of expert discovery) | October 24, 2014 | Last day for parties to file opening claim construction brief and supporting evidence and comply with Patent L.R. 4-5(a) and for parties to file dispositive motions for all patents |
| August 5, 2015 (21 days after service of claim construction and dispositive motion briefs) | November 7, 2014 | Last day for parties to file response claim construction brief and supporting evidence and comply with Patent L.R. 4-5(b) and for parties to file oppositions to dispositive motions for all patents |
| August 19, 2015 (14 days after service of responsive claim construction brief and oppositions to dispositive motions) | November 14, 2014 | Last day for parties to file reply claim construction brief and rebuttal evidence and comply with Patent L.R. 4-5(c) and for parties to file reply briefs in support of dispositive motions for all patents |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| September 2, 2015 (14 days after filing of claim construction and summary judgment reply briefs or to be determined based upon the Court's availability) | ~~November 21, 2014~~ November 25, 2014 | Technology Tutorial for the Court and Claim Construction Prehearing Conference for all patents |
|---|---|---|
| September 16, 2015 (14 days after Technology Tutorial or to be determined based upon the Court's availability) | ~~December 5, 2014~~ December 9, 2014 | Claim Construction Hearing pursuant to Patent L.R. 4-6 and hearing regarding dispositive motions for all patents |
| To be determined by the Court (30 days after claim construction order) | n/a | Last day to amend contentions under Patent L.R. 3-6(a)for all patents |
| To be determined by the Court (60 days after claim construction order) | n/a | Last day to make advice of counsel disclosures pursuant to Patent L.R. 3-7 for all patents |
| To be determined by the Court (90 days after claim construction order) | n/a | Close of discovery under Patent L.R. 3-7 and Expert Discovery under Patent L.R. 3-6(a)for all patents |
| To be determined by the Court | n/a | Final Pretrial Conference and hearing on motions in Limine |
| To be determined by the Court | n/a | Trial |

**IT IS SO STIPULATED.**

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated: June 25, 2014

FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder

Attorneys for Plaintiff
Symantec Corporation

Dated: June 25, 2014

HUDNELL LAW GROUP

By: */s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III

Attorneys for Defendants
RPost Holdings, Inc. and
RPost Communications Limited

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ATTORNEY ATTESTATION**

I, Michael J. Sacksteder, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 25, 2014

FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder

**ORDER ON THE FOREGOING STIPULATION**

The Court, having reviewed the above stipulation and finding good cause therefor, renders this stipulation a binding ORDER of this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 27, 2014




Honorable V...
United State...
Northern Dis...

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO