UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

v.

RPOST HOLDINGS, INC., et al.,

    Defendants.

Case No.  14-cv-00238-VC

**ORDER OF STAY**

For the reasons explained in the order of stay issued in *Trend Micro Inc. v. RPost Holdings, Inc.*, No. 13cv5227, Docket No. 79, this case is stayed in its entirety pending resolution of state litigation related to the patents at issue. The parties are directed to submit a joint case management statement within ten days of entry of judgment in the Barton '259 case, apprising the Court of the outcome of that case and proposing a method of proceeding with this lawsuit.

**IT IS SO ORDERED.**

Dated: July 24, 2014

_____
VINCE CHHABRIA
United States District Judge